### November 16, 2010

| | | |
|---|---|---|
| 29984, 29985, 29986 | BP Children, In re | Affirmed |